**Order entered September 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00915-CV

**TACMED HOLDINGS, INC. AND LORETTA YOUNG, Appellants**

**V.**

**REV RECREATION GROUP, INC. F/K/A ALLIED RECREATION GROUP, INC.,**
**Appellee**

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-02909-2017

## ORDER

Before the Court is appellant's September 17, 2018 motion to extend time to file brief.

We **GRANT** the motion and **ORDER** the brief be filed no later than October 22, 2018.

/s/     DAVID EVANS
        JUSTICE